UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JENNIFER DAUGHTRY, NATASHA SELLIN, BRITTANY LOPERGALO, Individually and on behalf of others similarly situated,

                       Plaintiffs,

          -against-                   Case No. 24-cv-00709 (GTS)(MJK)

TGI FRIDAYS, INC., TGI FRIDAY'S NEW YORK LLC, and any related entities,

                       Defendants.

---------------------------------------------------------------X

## **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, Defendants TGI FRIDAYS, INC. and TGI FRIDAY'S NEW YORK LLC, by and through its undersigned counsel, will move this Court before the Honorable Glenn T. Suddaby, at the United States District Court, Northern District of New York, 100 S. Clinton St., Syracuse, New York 13261 on a date to be set by this Court, for an order pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing this action with prejudice, and such other and further relief as this Court may deem just and proper.

Dated:   July 22, 2024
              Melville, New York

                                                     Respectfully submitted,
                                                     JACKSON LEWIS P.C.
                                                     58 South Service Road, Suite 250
                                                     Melville, New York 11747
                                                     Tel: (631) 247-0404
                                                     Jeffrey.Brecher@jacksonlewis.com

                              By:    */s/ Jeffrey W. Brecher*
                                              Jeffrey W. Brecher, Esq.