# GATTUSO & CIOTOLI, PLLC

Attorneys at Law

THE WHITE HOUSE ● 7030 EAST GENESEE STREET, FAYETTEVILLE, NY 13066

FRANK S. GATTUSO
315-314-8000
fgattuso@gclawoffice.com

August 8, 2024

**VIA ECF**

Honorable Glenn T. Suddaby
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261

        Re:    **Jennifer Daughtry, et al. v. TGI Fridays, Inc., et al.**
                <u>**Case No.: 5:24-cv-00709-GTS-MJK**</u>

Dear Judge Suddaby:

      We represent Plaintiffs' Jennifer Daughtry, Natasha Sellin and Brittany Lopergalo in the above-referenced matter. We write with respect to our deadline to respond to Defendant's Motion to Dismiss [Dkt #11] that is currently due August 12, 2024. We respectfully request a 30-day extension to September 12, 2024, to file Plaintiffs Opposition. The extension is requested, in part, due to Plaintiffs' counsel being away for summer travel plans. We have conferred with Defendants' counsel and received their consent to this request.

      We thank you for your attention to this matter.

                                  Yours very truly,

                                  <u>*/s/ Frank S. Gattuso*</u>
                                  Frank S. Gattuso

Cc: All counsel via ECF